| DOCUMENTS UNDER SEAL ☐ | | | TOTAL TIME (mins):  02 minutes | | |
|---|---|---|---|---|---|
| **MAGISTRATE JUDGE** **MINUTE ORDER** | | **DEPUTY CLERK** Ada Means | | **REPORTER/FTR** 9:37-9:39 | |
| MAGISTRATE JUDGE Joseph C. Spero | | DATE April 19, 2017 | | NEW CASE ☐ | CASE NUMBER CR17-0175 CRB |

**APPEARANCES**

| DEFENDANT Eric Whorten | AGE | CUST N | P/NP P | ATTORNEY FOR DEFENDANT Shilpi Agarwal | PD. ☒ RET. ☐ APPT. ☒ |
|---|---|---|---|---|---|
| U.S. ATTORNEY William Fretzen | | INTERPRETER Not rrequired | | FIN. AFFT ☒ SUBMITTED | ☒ COUNSEL APPT'D |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER Denise Mancia | | | DEF ELIGIBLE FOR ☒ APPT'D COUNSEL | PARTIAL PAYMENT ☐ OF CJA FEES |

**PROCEEDINGS SCHEDULED TO OCCUR**

| | | | | | |
|---|---|---|---|---|---|
| ☐ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | | ☐ STATUS ☐ TRIAL SET |
| ☐ I.D. COUNSEL | ☒ ARRAIGNMENT 1 min | ☐ BOND HEARING | ☐ IA REV PROB. or or S/R | | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | | ☒ ATTY APPT HEARING |

**INITIAL APPEARANCE**

| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

**ARRAIGNMENT**

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

**RELEASE**

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|

| PROPERTY TO BE POSTED ☐ CASH  $ | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ |
|---|---|---|

| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

**PLEA**

| ☐ CONSENT ENTERED | ☒ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

**CONTINUANCE**

| TO: April 25, 2017 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ TRIAL SET |
|---|---|---|---|---|
| AT: 1:30 p.m. | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING | ☐ CHANGE OF PLEA | ☒ STATUS |
| BEFORE HON. CRB | ☐ DETENTION HEARING | ☐ ARRAIGNMENT | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

**ADDITIONAL PROCEEDINGS**

CC: JCS & CRB

DOCUMENT NUMBER: