ALEX G. TSE (CABN 152348)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

SUSAN E. BADGER (CABN 124365)
JOHN H. HEMANN (CABN 165823)
Assistant United States Attorneys

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Susan.Badger@usdoj.gov; (415) 436-7199
   John.Hemann@usdoj.gov: (415) 436-7478

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO. CR 17-0175 CRB |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING DATE FOR DEFENDANT ERIC WORTHEN |
| v. | ) | |
| ERIC WORTHEN, | ) | |
| Defendant. | ) | |

    The United States and defendant Eric Worthen, through their respective counsel, stipulate and agree that the sentencing of defendant Worthen be continued from August 29, 2018 at 10:00 a.m. to September 26, 2018 at 10:00 a.m.  The parties move for a continuance of the sentencing date in order to provide the defendant sufficient time to complete his effort to provide substantial assistance to the government pursuant to the terms of his plea agreement.

    The parties have consulted with the assigned United States Probation Officer, Jill Polish Spitalieri, and Officer Spitalieri has advised that she is available on September 26, 2018 at 10:00 a.m.

    Accordingly, the parties respectfully request that the Court order that the sentencing of Eric Worthen in the above-entitled case be continued from August 29, 2018 at 10:00 a.m. to September 26, 2018 at 10:00 a.m.

IT IS SO STIPULATED.

STEVEN KALAR
Federal Public Defender

DATED: August 9, 2018               /s/
GABRIELA BISCHOF
Counsel for Defendant Eric Worthen


ALEX G. TSE
United States Attorney

DATED: August 9, 2018               /s/
SUSAN BADGER
JOHN HEMANN
Assistant United States Attorneys

## [PROPOSED] ORDER

Based on the stipulation of the parties, and for good cause shown, the Court orders that the sentencing for defendant Eric Worthen is continued from August 29, 2018 at 10:00 a.m. to September 26, 2018, at 10:00 a.m.

IT IS SO ORDERED.

Dated: _____, 2018            _____
HON. CHARLES R. BREYER
United States District Judge